## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Optim Energy, LLC, *et al.*, [1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 14-10262 (BLS)<br><br>(Joint Administration Requested) |

### DEBTORS' NOTICE OF HEARING ON VARIOUS
### MOTIONS AND APPLICATIONS FOR FIRST DAY RELIEF

**PLEASE TAKE NOTICE** that on February 12, 2014, the above-captioned entities (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors continue to operate their businesses and manage their properties, as debtors and debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, under the protection of the automatic stay against, among other things, the commencement or continuation of actions by creditors to recover, exercise control over or collect property of the Debtors pursuant to section 362 of the Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases are: Optim Energy, LLC; OEM 1, LLC; Optim Energy Cedar Bayou 4, LLC; Optim Energy Altura Cogen, LLC; Optim Energy Marketing, LLC; Optim Energy Generation, LLC; Optim Energy Twin Oaks GP, LLC; and Optim Energy Twin Oaks, LP. The Debtors' main corporate and mailing address for purposes of these chapter 11 cases is: c/o Competitive Power Ventures, Inc., 8403 Colesville Road, Suite 915, Silver Spring, MD 20910.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801, on **February 12, 2014 at 3:00 p.m. (ET)** on the following motions and supporting documents requesting certain "first day" relief (collectively, the "First Day Motions"), which were filed by the Debtors in connection with these cases.

| D.I. NO. | TITLE |
| --- | --- |
| 4 | Declaration Of Nick Rahn, Chief Executive Officer Of Optim Energy, LLC, In Support Of Chapter 11 Petitions and First Day Pleadings |
| 5 | Debtors' Motion For Entry Of An Order Directing Joint Administration Of Related Chapter 11 Cases |
| 6 | Debtors' Motion For Entry Of An Order Authorizing The Debtors To (I) File (A) Consolidated List Of Creditors And (B) Consolidated List Of Debtors' Top Thirty General Unsecured Creditors; And (II) Provide Notices, Including Notices Of Commencement Of Cases And Section 341 Meeting |
| 7 | Debtors' Application For Entry Of An Order Pursuant To 28 U.S.C. § 156(c) Authorizing The Employment And Retention Of Prime Clerk LLC As Claims And Noticing Agent, *Nunc Pro Tunc* To The Petition Date |
| 8 | Debtors' Motion For Interim And Final Orders (A) Authorizing The Debtors To Continue To Operate Their Cash Management System; (B) Authorizing The Debtors To Maintain Existing Business Forms; And (C) Granting Administrative Priority To Intercompany Claims And Authorizing The Debtors To Perform Under Certain Intercompany Arrangements And Historical Practices Among Debtors |
| 9 | Debtors' Motion For Entry Of Interim And Final Orders (I) Determining Adequate Assurance Of Payment For Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing Or Discontinuing Utility Service And (III) Establishing Adequate Assurance Procedures |
| 10 | Debtors' Motion For Entry Of Interim And Final Orders Authorizing The Debtors To (I) Maintain Prepetition Insurance Policies And (II) Continue Financing Insurance Premiums |
| 11 | Debtors' Motion For Entry Of Interim And Final Orders Authorizing The Debtors To Pay Certain Taxes And Fees |
| 12 | Debtors' Motion For Entry Of An Order (A) Authorizing But Not Directing Payment Of Prepetition Claims Of Certain Critical Vendors And Lien Claimants And (B) Authorizing Procedures Related Thereto |
| 13 | Debtors' Motion For Interim And Final Orders Authorizing Continued Performance Under Energy Trading Contracts |

| | |
|---|---|
| 16 | Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing Debtors To (A) Obtain Post-Petition Senior Secured Financing And (B) Grant Liens And Superpriority Claims, (II) Authorizing Use Of Cash Collateral, (III) Granting Adequate Protection To The Pre-Petition Secured Parties, (IV) Scheduling A Final Hearing Pursuant To Fed. R. Bankr. P. 4001(B) And (C) And (V) Granting Related Relief |

Copies of the First Day Motions and the Declaration Of Nick Rahn, Chief Executive Officer Of Optim Energy, LLC, In Support Of Chapter 11 Petitions and First Day Pleadings (D.I. 4) may be inspected in the offices of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's web site at www.deb.uscourts.gov.  Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents.  Parties in interest may sign up for a PACER account by visiting the PACER website at http://pacer.psc.uscourts.gov or by calling (800) 676-6856.  Additionally, copies of the First Day Motions are available for download from the website of the Debtors' proposed claims, notice and balloting agent, Prime Clerk LLC, at http://cases.primeclerk.com/optim.  Requests for copies of the First Day Motions and further information regarding the First Day Hearing may also be made to proposed counsel for the Debtors at the telephone numbers listed below.

| | |
|---|---|
| Dated: February 12, 2014<br>Wilmington, Delaware | MORRIS NICHOLS ARSHT & TUNNELL LLP<br><br>*/s/ William M. Alleman, Jr.*<br>Robert J. Dehney (No. 3578)<br>William M. Alleman, Jr. (No. 5449)<br>Christopher M. Hayes (No. 5902)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>-and-<br><br>BRACEWELL & GIULIANI LLP<br>Kurt Mayr (*pro hac vice pending*)<br>Goodwin Square<br>225 Asylum Street, Suite 2600<br>Hartford, CT 06103<br>Telephone: (860) 947-9000<br>Facsimile: (860) 246-3201<br>-and-<br>Robert G. Burns (*pro hac vice pending*)<br>1251 Avenue of the Americas, 49th Floor<br>New York, NY 10020-1104<br>Telephone: (212) 508-6100<br>Facsimile: (800) 404-3970<br><br>*Proposed Counsel For The Debtors And Debtors In Possession* |

7995798.1