**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Optim Energy, LLC, *et al.*, [1] | Case No. 14-10262 (BLS) |
| Debtors. | (Joint Administration Requested) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR FIRST-DAY
HEARING ON FEBRUARY 12, 2014 AT 3:00 (EASTERN TIME)[2]

PETITIONS

1. Optim Energy, LLC (Case No. 14-10262) (D.I. 1, Filed 2/12/14).

2. Optim Energy Marking, LLC (Case No. 14-10263) (D.I. 1, Filed 2/12/14).

3. OEM 1, LLC (Case No. 14-10264) (D.I. 1, Filed 2/12/14).

4. Optim Energy Cedar Bayou 4, LLC (Case No. 14-10265) (D.I. 1, Filed 2/12/14).

5. Optim Energy Generation, LLC (Case No. 14-10266) (D.I. 1, Filed 2/12/14).

6. Optim Energy Altura Cogen, LLC (Case No. 14-10267) (D.I. 1, Filed 2/12/14).

7. Optim Energy Twin Oaks GP, LLC (Case No. 14-10268) (D.I. 1, Filed 2/12/14).

8. Optim Energy Twin Oaks, LP (Case No. 14-10269) (D.I. 1, Filed 2/12/14).

FIRST-DAY DECLARATION

9. Declaration Of Nick Rahn, Chief Executive Officer Of Optim Energy, LLC, In Support Of Chapter 11 Petitions and First Day Pleadings (D.I. 4, Filed 2/12/14).

---

[1] The Debtors in these chapter 11 cases are: Optim Energy, LLC; OEM 1, LLC; Optim Energy Cedar Bayou 4, LLC; Optim Energy Altura Cogen, LLC; Optim Energy Marketing, LLC; Optim Energy Generation, LLC; Optim Energy Twin Oaks GP, LLC; and Optim Energy Twin Oaks, LP. The Debtors' main corporate and mailing address for purposes of these chapter 11 cases is: c/o Competitive Power Ventures, Inc., 8403 Colesville Road, Suite 915, Silver Spring, MD 20910.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

7992560.1

FIRST-DAY PLEADINGS

10. Debtors' Motion For Entry Of An Order Directing Joint Administration Of Related Chapter 11 Cases (D.I. 5, Filed 2/12/14).

    Status:  This matter is going forward.

11. Debtors' Motion For Entry Of An Order Authorizing The Debtors To (I) File (A) Consolidated List Of Creditors And (B) Consolidated List Of Debtors' Top Thirty General Unsecured Creditors; And (II) Provide Notices, Including Notices Of Commencement Of Cases And Section 341 Meeting (D.I. 6, Filed 2/12/14).

    Status:  This matter is going forward.

12. Debtors' Application For Entry Of An Order Pursuant To 28 U.S.C. § 156(c) Authorizing The Employment And Retention Of Prime Clerk LLC As Claims And Noticing Agent, Nunc Pro Tunc To The Petition Date (D.I. 7, Filed 2/12/14).

    Status:  This matter is going forward.

13. Debtors' Motion For Interim And Final Orders (A) Authorizing The Debtors To Continue To Operate Their Cash Management System; (B) Authorizing The Debtors To Maintain Existing Business Forms; And (C) Granting Administrative Priority To Intercompany Claims And Authorizing The Debtors To Perform Under Certain Intercompany Arrangements And Historical Practices Among Debtors (D.I. 8, Filed 2/12/14).

    Status:  This matter is going forward.

14. Debtors' Motion For Entry Of Interim And Final Orders (I) Determining Adequate Assurance Of Payment For Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing Or Discontinuing Utility Service And (III) Establishing Adequate Assurance Procedures (D.I. 9, Filed 2/12/14).

    Status:  This matter is going forward.

15. Debtors' Motion For Entry Of Interim And Final Orders Authorizing The Debtors To (I) Maintain Prepetition Insurance Policies And (II) Continue Financing Insurance Premiums (D.I. 10, Filed 2/12/14).

    Status:  This matter is going forward.

16. Debtors' Motion For Entry Of Interim And Final Orders Authorizing The Debtors To Pay Certain Taxes And Fees (D.I. 11, Filed 2/12/14).

    Status:  This matter is going forward.

17. Debtors' Motion For Entry Of An Order (A) Authorizing But Not Directing Payment Of Prepetition Claims Of Certain Critical Vendors And Lien Claimants And (B) Authorizing Procedures Related Thereto (D.I. 12, Filed 2/12/14).

    Status:  This matter is going forward.

18. Debtors' Motion For Interim And Final Orders Authorizing Continued Performance Under Energy Trading Contracts (D.I. 13, Filed 2/12/14).

    Status:  This matter is going forward.

19. Debtors' Motion For Entry Of Interim And Final Orders (I) Authorizing Debtors To (A) Obtain Post-Petition Senior Secured Financing And (B) Grant Liens And Superpriority Claims, (II) Authorizing Use Of Cash Collateral, (III) Granting Adequate Protection To The Pre-Petition Secured Parties, (IV) Scheduling A Final Hearing Pursuant To Fed. R. Bankr. P. 4001(B) And (C) And (V) Granting Related Relief (D.I. 16, Filed 2/12/14).

    Status:  This matter is going forward.

*[Signature follows]*

| | |
|---|---|
| Dated: February 12, 2014<br>Wilmington, Delaware | MORRIS NICHOLS ARSHT & TUNNELL LLP<br><br>*/s/ William M. Alleman, Jr.*<br>Robert J. Dehney (No. 3578)<br>William M. Alleman, Jr. (No. 5449)<br>Christopher M. Hayes (No. 5902)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 658-3989<br><br>-and-<br><br>BRACEWELL & GIULIANI LLP<br>Kurt Mayr (*pro hac vice pending*)<br>Goodwin Square<br>225 Asylum Street, Suite 2600<br>Hartford, CT 06103<br>Telephone:  (860) 947-9000<br>Facsimile:  (860) 246-3201<br><br>-and-<br><br>Robert G. Burns (*pro hac vice pending*)<br>1251 Avenue of the Americas, 49th Floor<br>New York, NY 10020-1104<br>Telephone: (212) 508-6100<br>Facsimile:  (800) 404-3970<br><br>*Proposed Counsel for Debtors and Debtors In Possession* |

7995813.1