**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Optim Energy, LLC, *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 14-10262 (BLS)<br><br>(Jointly Administered)<br><br>**RE: D.I. 144** |

**NOTICE OF AMENDMENT TO DIP MILESTONES
AND APPOINTMENT OF INDEPENDENT DIRECTOR**

PLEASE TAKE NOTICE that, Optim Energy, LLC ("***Optim Energy***"),[2] and its affiliated debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "***Debtors***") have (a) amended Schedule 12.1 to the DIP Credit Agreement to extend the milestones regarding the sale of the Twin Oaks plant by **30 days**, including the milestones for (i) execution of a sale agreement or filing of a bidding procedures motion, (ii) obtaining entry of a bidding procedures order from the Bankruptcy Court, and (iii) obtaining Bankruptcy Court approval of a sale; and (b) appointed Joseph Bondi as an additional Independent Director of Optim Energy.  Attached hereto as **Exhibit A** is a consent letter providing the DIP Lender's consent to the foregoing in accordance with the DIP Credit Agreement.

---

[1] The Debtors in these chapter 11 cases are: Optim Energy, LLC; OEM 1, LLC; Optim Energy Cedar Bayou 4, LLC; Optim Energy Altura Cogen, LLC; Optim Energy Marketing, LLC; Optim Energy Generation, LLC; Optim Energy Twin Oaks GP, LLC; Optim Energy Twin Oaks, LP. The Debtors' main corporate and mailing address for purposes of these chapter 11 cases is: c/o Competitive Power Ventures, Inc., 8403 Colesville Road, Suite 915, Silver Spring, MD 20910.

[2] Capitalized terms used herein but not otherwise described shall have the meanings ascribed to them in the *Final Order (I) Authorizing Debtors To (A) Obtain Postpetition Financing Pursuant To 11 U.S.C. §§ 105, 361, 362, 364(C)(1), 364(C)(2), 364(C)(3), 364(D)(1) And 364(E) And (B) Utilize Cash Collateral Of Pre-Petition Secured Parties Pursuant To 11 U.S.C. § 363; (II) Granting Adequate Protection To Pre-Petition Secured Parties Pursuant To 11 U.S.C. §§ 361, 362, 363 And 364; And (III) Granting Related Relief* entered on March 6, 2014 [D.I. 144] (the "***Final DIP Order***").

#4516246.3

Dated: April 15, 2014
Wilmington, Delaware

        **MORRIS, NICHOLS, ARSHT & TUNNEL LLP**

        /s/ *Robert J. Dehney*
        Robert J. Dehney (No. 3578)
        William M. Alleman, Jr. (No. 5449)
        Christopher M. Hayes (No. 5902)
        1201 North Market Street, 16th Floor
        P.O. Box 1347
        Wilmington, Delaware 19899
        Telephone: (302) 658-9200
        Facsimile: (302) 658-3989
        rdehney@mnat.com
        walleman@mnat.com
        chayes@mnat.com

        -and-

        **BRACEWELL & GIULIANI LLP**

        Kurt A. Mayr (*admitted pro hac vice*)
        Mark E. Dendinger (*admitted pro hac vice*)
        Goodwin Square
        225 Asylum Street, Suite 2600
        Hartford, Connecticut 06103
        Telephone: (860) 947-9000
        Facsimile: (860) 246-3201
        Kurt.Mayr@bgllp.com
        Mark.Dendinger@bgllp.com
        -and-
        Robert G. Burns (*admitted pro hac vice*)
        Joseph A. Pack (*admitted pro hac vice*)
        1251 Avenue of Americas, 49th Floor
        New York, New York 10020-1104
        Telephone: (212) 508-6100
        Facsimile: (800) 404-3970
        Robert.Burns@bgllp.com
        Joseph.Pack@bgllp.com

        *Counsel For The Debtors And Debtors In Possession*

#4516246.3