IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

OPTIM ENERGY, LLC, et al.,

                 Debtors.[1]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Chapter 11

Case No. 14-10262 (BLS)

Jointly Administered

**Hrg. Date: May 5, 2014 at 9:00 a.m. (Eastern)**
**Obj. Due: April 28, 2014 at 4:00 p.m. (Eastern)**

**Related Docket No. 194**

**NOTICE OF HEARING ON MOTION OF WALNUT CREEK MINING COMPANY FOR ORDER GRANTING LEAVE, STANDING AND AUTHORITY TO COMMENCE AND PROSECUTE CERTAIN CLAIMS ON BEHALF OF THE DEBTORS' ESTATES AGAINST CASCADE INVESTMENT, L.L.C. AND ECJV HOLDINGS, LLC**

PLEASE TAKE NOTICE that on April 14, 2014, Walnut Creek Mining Company ("Walnut Creek") filed the Motion of Walnut Creek Mining Company for Order Granting Leave, Standing and Authority to Commence and Prosecute Certain Claims on Behalf of the Debtors' Estates Against Cascade Investment, L.L.C. and ECJV Holdings, LLC (Docket No. 194) (the "Motion"). You have previously been served with a copy of the Motion.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion or the relief requested therein must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801, and served so as to be received by the undersigned counsel no later than **April 28, 2014 at 4:00 p.m. (Eastern).**

---

[1] The Debtors in these chapter 11 cases are: Optim Energy, LLC; OEM 1, LLC; Optim Energy Cedar Bayou 4, LLC; Optim Energy Altura Cogen, LLC; Optim Energy Marketing, LLC; Optim Energy Generation, LLC; Optim Energy Twin Oaks GP, LLC; Optim Energy Twin Oaks, LP. The Debtors' main corporate and mailing address for purposes of these chapter 11 cases is: c/o Competitive Power Ventures, Inc., 8403 Colesville Road, Suite 915, Silver Spring, MD 20910.

PLEASE TAKE FURTHER NOTICE that, if needed, a hearing on the Motion will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, in the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom 1, 824 North Market Street, Wilmington, Delaware 19801 on **May 5, 2014 at 9:00 a.m. (Eastern)** (the "Hearing").  Only objections made in writing and timely filed and received will be considered by the Court at such Hearing.

*[Remainder of page intentionally left blank.]*

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  Wilmington, Delaware
 April 15, 2014

/s/ Anthony W. Clark
Anthony W. Clark (I.D. No. 2051)
Sarah E. Pierce (I.D. No. 4648)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001
anthony.clark@skadden.com
sarah.pierce@skadden.com

- and -

Kenneth S. Ziman
Christine A. Okike
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000
ken.ziman@skadden.com
christine.okike@skadden.com

- and -

Robert J. Bothe
McGrath North Mullin & Kratz, PC LLO
Suite 3700, First National Tower
1601 Dodge Street
Omaha, Nebraska 68102-1627
Telephone:  402-341-3070
Facsimile:  (402) 341-0216
rbothe@mcgrathnorth.com

*Counsel for Walnut Creek Mining Company*