# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Optim Energy, LLC, *et al.*,[1] | Case No. 14-10262 (BLS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON OCTOBER 29, 2014 AT 10:30 A.M. (ET)

**AT THE DIRECTION OF THE COURT, THE HEARING HAS BEEN CANCELLED**

**UNCONTESTED MATTERS UNDER CERTIFICATION**

1. Debtors' Motion For An Order Pursuant To 11 U.S.C. §§ 105, 361, 362, 363 And 364 Approving Amendment No. 7 To DIP Credit Agreement (D.I. 568, Filed 10/8/14).

   Objection Deadline:   October 22, 2014 at 4:00 p.m. (ET).

   Objections Received:   None.

   Related Pleadings:

   (a) Certificate Of No Objection Regarding Debtors' Motion For An Order Pursuant To 11 U.S.C. §§ 105, 361, 362, 363 And 364 Approving Amendment No. 7 To DIP Credit Agreement (D.I. 605, Filed 10/24/14); and

   (b) Proposed Form Of Order.

   Status:  A certificate of no objection has been filed.

2. Debtors' Motion For Entry Of An Order Authorizing The Debtors To Implement A Manager Incentive Plan Pursuant To Sections 105, 363 And 503 Of The Bankruptcy Code (D.I. 569, Filed 10/8/14).

   Objection Deadline:   October 22, 2014 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases are: Optim Energy, LLC; OEM 1, LLC; Optim Energy Cedar Bayou 4, LLC; Optim Energy Altura Cogen, LLC; Optim Energy Marketing, LLC; Optim Energy Generation, LLC; Optim Energy Twin Oaks GP, LLC; and Optim Energy Twin Oaks, LP. The Debtors' main corporate and mailing address for purposes of these chapter 11 cases is: c/o Competitive Power Ventures, Inc., 8403 Colesville Road, Suite 915, Silver Spring, MD 20910.

Objections Received:   None.

Related Pleadings:

(a) Debtors' Motion For Entry Of An Order Authorizing The Debtors To File Under Seal Exhibit To The Debtors' Motion For Entry Of An Order Authorizing The Debtors To Implement A Manager Incentive Plan Pursuant To Sections 105, 363 And 503 Of The Bankruptcy Code (D.I. 570, Filed 10/8/14) [See Agenda Item No. 3];

(b) Certificate Of No Objection Regarding Debtors' Motion For Entry Of An Order Authorizing The Debtors To Implement A Manager Incentive Plan Pursuant To Sections 105, 363 And 503 Of The Bankruptcy Code (D.I. 606, Filed 10/24/14); and

(c) Proposed Form Of Order.

Status:  A certificate of no objection has been filed.

3. Debtors' Motion For Entry Of An Order Authorizing The Debtors To File Under Seal Exhibit To The Debtors' Motion For Entry Of An Order Authorizing The Debtors To Implement A Manager Incentive Plan Pursuant To Sections 105, 363 And 503 Of The Bankruptcy Code (D.I. 570, Filed 10/8/14).

Objections Received:   None.

Related Pleadings:

(a) Debtors' Motion For Entry Of An Order Authorizing The Debtors To Implement A Manager Incentive Plan Pursuant To Sections 105, 363 And 503 Of The Bankruptcy Code (D.I. 569, Filed 10/8/14) [See Agenda Item No. 2];

(b) Certificate Of No Objection Regarding Debtors' Motion For Entry Of An Order Authorizing The Debtors To File Under Seal Exhibit To The Debtors' Motion For Entry Of An Order Authorizing The Debtors To Implement A Manager Incentive Plan Pursuant To Sections 105, 363 And 503 Of The Bankruptcy Code (D.I. 607, Filed 10/24/14); and

(c) Proposed Form Of Order.

Status:  A certificate of no objection has been filed.

8619285.1

| | |
|---|---|
| Dated: October 27, 2014<br>Wilmington, Delaware | MORRIS NICHOLS ARSHT & TUNNELL LLP<br><br>*/s/ Christopher M. Hayes*<br>Robert J. Dehney (No. 3578)<br>William M. Alleman, Jr. (No. 5449)<br>Christopher M. Hayes (No. 5902)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br><br>-and-<br><br>BRACEWELL & GIULIANI LLP<br><br>Kurt Mayr *(admitted pro hac vice)*<br>Mark E. Dendinger *(admitted pro hac vice)*<br>CityPlace I, 34th Floor<br>185 Asylum Street<br>Hartford, Connecticut 06103<br>Telephone: (860) 947-9000<br>Facsimile: (800) 404-3970<br><br>-and-<br><br>Robert G. Burns *(admitted pro hac vice)*<br>Jonathan Lozano *(admitted pro hac vice)*<br>1251 Avenue of the Americas, 49th Floor<br>New York, NY 10020-1104<br>Telephone: (212) 508-6100<br>Facsimile: (800) 404-3970<br><br>*Counsel for Debtors and*<br>*Debtors In Possession* |