## Exhibit 1

**MIP**

## KEY MANAGER INCENTIVE PROGRAM

1. *Overview*. After due deliberation and consideration, the Board of Directors of Optim Energy, LLC ("*Optim Energy*") has determined that it is in the best interests of Optim and its affiliated debtors and debtors in possession (collectively, the "*Debtors*") to implement a key Manager Incentive Program (the "*MIP*") for the benefit of the Chief Executive Officer of Optim Energy, Nick Rahn (the "*Participant*"), whose best efforts are critical to the success of the Debtors to enter into a binding sale agreement or plan sponsor agreement relating to the disposition of the Gas Plant Portfolio[1] (as the case may be, a "*Transaction*"[2]) for the benefit of the Debtors' estates.

2. *Award Determination*. Incentive awards are earned subject to achieving the following:

   a. Bankruptcy Court approval of a motion authorizing the Debtors to enter into a Transaction; and

   b. the consummation of a Transaction.

3. *Aggregate Award Amounts*. The aggregate amount of awards available under the MIP are as follows:

   a. Upon occurrence of 2.a. above, the Participant shall be entitled to an award totaling $200,000 (the "*Qualified Transaction Award*").

   b. Upon occurrence of 2.b. above, the Participant shall be entitled to an award equal to variable amount equal to 33.3 basis points of the portion of gross sales proceeds in excess of $▮▮▮▮▮▮ received for the Gas Plant Portfolio (the "*Final Transaction Award*").

4. *Award Payments*.

   a. The Qualified Transaction Award will be payable upon the entry of: (i) a final order approving a sale of the Gas Plant Portfolio; (ii) a confirmation order approving the transactions set forth in a plan sponsor agreement that results in a disposition of the Gas Plant Portfolio; or (iii) an order approving any other Transaction.

   b. The Final Transaction Award will be payable upon: (i) the closing of the sale of the Gas Plant Portfolio; (ii) occurrence of an effective date of a plan that implements a Transaction; or (iii) the final consummation of any other Transaction.

5. *Bankruptcy Court Approval*. The effectiveness of the MIP is expressly conditioned on obtaining Bankruptcy Court approval.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

[2] The definition of "Transaction" excludes any sale to a buyer that is affiliated with the DIP Lender or the Debtors' prepetition secured lender.