IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Optim Energy, LLC, *et al.*,<br><br>               Debtors.[1] | Chapter 11<br><br>Case No. 14-10262 (BLS)<br><br>(Jointly Administered)<br><br>Re: D.I. 570 |

## ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL EXHIBIT TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO IMPLEMENT A MANAGER INCENTIVE PLAN PURSUANT TO SECTIONS 105, 363 AND 503 OF THE BANKRUPTCY CODE

Upon the motion (the "*Motion*")[2] of the Debtors for entry of an order (this "*Order*") pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b), authorizing the Debtors to file: (i) an un-redacted copy of the MIP under seal; and (ii) a redacted copy of the MIP in its current form on the docket, in order to redact certain confidential commercially sensitive information, all as set forth more fully in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that the venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the

---

[1] The Debtors in these chapter 11 cases are: Optim Energy, LLC; OEM 1, LLC; Optim Energy Cedar Bayou 4, LLC; Optim Energy Altura Cogen, LLC; Optim Energy Marketing, LLC; Optim Energy Generation, LLC; Optim Energy Twin Oaks GP, LLC; Optim Energy Twin Oaks, LP. The Debtors' main corporate and mailing address for purposes of these chapter 11 cases is: c/o Competitive Power Ventures, Inc., 8403 Colesville Road, Suite 915, Silver Spring, MD 20910.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

Motion was appropriate and no other notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion and any hearing on the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Clerk of the Court, and/or any claims and noticing agent serving in this capacity, shall keep the un-redacted copy of the Confidential Exhibit segregated and under seal, and shall not make it publicly available. The un-redacted copy of the Confidential Exhibit may not be unsealed unless and until permitted by further order of this Court.

3. The filed version of the redacted Confidential Exhibit is approved as filed in its current form on the docket. The Debtors are under no further filing obligation with respect to the Confidential Exhibit, *provided, however*, that the parties shall make copies of the un-redacted Confidential Exhibit available to the Confidential Parties.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, this Order shall be immediately effective and enforceable upon its entry.

6. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Date: October 27, 2014

THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE